THIS OPINION HAS NO PRECEDENTIAL VALUE. 
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Christoph Cord
 Watkins and Michelle Lyn Watkins, Respondents,
 
 
 

v.

 
 
 
 Johnny White,
 Robert Haynes and Baby Boy Andrew, a minor under the age of seven (7) years, Defendants,
 of whom Johnny
 White is the Appellant.
 
 
 

Appeal From Richland County
 Joseph W. McGowan, III, Family Court Judge
Memorandum Opinion No. 2007-MO-067
Heard October 17, 2007  Filed December
 10, 2007   
AFFIRMED

 
 
 
 John
 D. Elliott, of Columbia, for Appellant.
 James
 Fletcher Thompson, of Spartanburg, for Respondents.
 Richard
 Giles Whiting, of Columbia, for Guardian Ad Litem.
 
 
 

PER CURIAM: Affirmed pursuant to Rule 220(b)(1), SCACR and the
 following authorities: S.C. Code Ann. §20-7-1690 (Supp. 2006); S.C. Code Ann.
 §20-7-1572 (Supp. 2006); Abernathy v. Baby Boy, 313 S.C. 27, 437 S.E.2d
 25 (1993); Doe v. Roe,
 369 S.C. 351, 631 S.E.2d 317 (Ct. App. 2006); South Carolina Dept. of Soc.
 Serv. v. Ledford, 357 S.C. 371, 593 S.E.2d 175 (Ct. App. 2004); South
 Carolina Dept. of Soc. Serv. v. Robin Headden, 354 S.C. 602, 582 S.E.2d 419
 (2003).
TOAL, C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.